**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OTILLIA SAMORA, On Behalf of
Himself and All Others Similarly Situated
and On Behalf of the General Public as
Private Attorneys General,

          Plaintiff;

      vs.

KAISER PERMANENTE
INTERNATIONAL., a California
corporation; and DOES 1 through 250,
inclusive,

         Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 17-5560-DMG (AFMx)

**ORDER TO REMAND TO SUPERIOR COURT [11]**

Good cause appearing, IT IS ORDERED THAT:

1.     This action shall immediately be remanded to the Superior Court of California, County of Los Angeles;

2.     The parties shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action;

3.     This Stipulation moots all pending matters before this District Court, and all pending deadlines and hearings in this case are hereby vacated; and

4.     The time for Defendant to file responses to the First Amended Complaint will be in accordance with Code of Civil Procedure Section 430.90.

**IT IS SO ORDERED.**

DATED:  August 31, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE